IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES LEE CARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-cv-00587 |
| v. ) | JUDGE HAYNES |
| ) | |
| UNITED STATES COLD STORAGE ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the record, the Clerk of Court mailed a copy of an Order in this action to the Plaintiff on June 22, 2009. A copy of this Order was returned to the Court as "Return to Sender." (Docket Entry Nos. 17, 18).

Under Fed. R. Civ. P. 5 (b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). The Plaintiff has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED** with prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 30th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge